# UNITED STATES DISTRICT COURT

for the

U S District of ARIZONA

_____ Division

✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

JUL 1 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Robin James Riva

_____
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Southland Industries Inc.

_____
Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV-21-947-PHX-GMS**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## ✗ Amended COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robin James Riva |
| Street Address | 4732 Vista Del Rey Court |
| City and County | North Las Vegas; Clark |
| State and Zip Code | Nevada, 89031 |
| Telephone Number | (702) 985 - 8317 |
| E-mail Address | RobR4me@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Southland Industries Inc.

1500 N. Priest Drive, suite 114
Tempe, Maricopa
Arizona, 85281
(480) 423-4444

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

C.      **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

Name                    Intel Ocotillo Campus
Street Address          4500 South Dobson Road, MgOc&10?
City and County         Chandler, Maricopa
State and Zip Code      Az.  85248
Telephone Number        (408) 765 - 8080

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒       Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

        *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

        *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐       Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

        *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Other federal law *(specify the federal law)*:

☐       Relevant state law *(specify, if known)*:

☐       Relevant city or county law *(specify, if known)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Sexual HArAssment /Hostile Work EnvironMent

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

MArch 12, 2019        MArch 13, 2019

C.  I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☒ gender/sex          MAle, Homo-Sexual Sex-PIAy
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)*          *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.  The facts of my case are as follows.  Attach additional pages if needed.

*I was AttAcked by A Mentally sick Predator Homo-sexual

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.    **Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Sept. 17, 2019

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)* MArch 16, 2021

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 300,000 00

*SexuAl HArAssMeNt / Hostile work ENViroNMeNt.

* WroNqFul TerMiNAtioN — The Job stewArd (602) 377-1049
—orchestrAted — SAid the witNess stAtMeNts were

Ted IsAis

\* It has been an ongoing daily habit that Greg Cover would walk around me (Robin J. Riva) and RUB MY STOMACH or BUMP MY Thigh Quickly as to co-worker

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 11, 2021

Signature of Plaintiff _Robin J. Riva_

Printed Name of Plaintiff ROBIN, JAMES RIVA

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# III. STATEMENT OF CLAIM

(A)

On March 12, 2019 I (Robin J. Riva) was working for Southland Industries at (Intel Ocotillo Campus) — (4500 South Dobson Road, Chandler, Az. 85248 in the clean-room. The foreman (Tim Carlin Jr.) and five (5) other co-workers including myself were installing pipe and material.

Along came (Greg Cover) who grabbed the first young co-worker by his waist and bent him over frontwards and started banging his penis (Greg Cover) against the young man for about 30 seconds. Then grabbed his head and put his penis up against his face! Everybody but I was laughing. Greg Cover then went down the line and started rubbing the other co-workers on their leg and stomach area! Greg Cover then went to the last person which was (Foreman Carlin. Greg Cover grabbed Carlin by the waist and started banging his penis up his butt for about 15 seconds. (Not once did Foreman Carlin tell

Ⓑ

Greg Cover to stop His Sex-Play
or tell Him He will Be written
up or Fired !!! )

* Instead, Carlin looked
At Greg Cover And "SMILED"...

* At that point I (Robin J. Riva)
Knew that Foreman Carlin And
Greg Cover HAd (Something Going On.)

Greg Cover then looked to
his right side And seen me just
standing there. Greg Cover fell
to his Hands And Knees And started
saying to me to... look At his Ass
And telling me "that he Knows
that I want it."

* I told Greg Cover that,
"I (Robin J. Riva) Did Not Play
Around Like That !!!"

I walked away And continued
My work day.

Ⓒ

On the next morning
of MARCH 13, 2019 at
the begining of the shift,
Another co-worker Jairo,
my Apprentice Rudy And
myself were working up
on the Cat·Walk in the same
Clean-Room @ Intel when
Greg Cover started climbing up
the ladder And seen me working
in the Area of the top of the
laddar on the Cat·Walk.
About $\frac{1}{2}$ the Way up, Greg Cover
yelled to me,—
"We Are Going To Finish Where We
Left Off Yesterday."

The Cat·Walk is only About
3 Feet wide And 10 Feet in the Air
The Cat·Walk is surrouned by
Many gauges, hose, piping. There
is A hand railing to hold on to As
you walk so you don't Fall off.
Greg Cover came off the
laddar And got behind me And
grabbed the top hand rail with

both his HANDS while
I (Robin J. Riva) was in-between
his Arms And Greg Cover Violently
with Great Force crushed me
Against the railing placing his
"Penis Against My right side
of my Butt And Thigh
Banging on me until I could
not breath!!!"
    * I hit his wrist
with AN upward force to
break his grip on the rail
then turning to my right, I
hit Greg Cover with my
ELBOW on the upper right side
of his head by his "Temple Spot."
Greg Cover took 3 steps to his
left And Almost fell down
Forward on "His FACE."
    * "I told him to keep
going forward And take the other
lAddar exit down."
    * He said "NO."
"I'm (Greg Cover) coming back
this same way !!!"

(E)

"I (Robin J. Riva) took that AS A *THREAT*...
    *Greg cover cAme back within 3-5 minutes And tried to wALK Around my Back-Side KindA QUicK!!

    * I (Robin J. RivA) DeFended myself And "StrAight-Armed" Greg Cover with my LeFt-ArM ** I Held my GROUND**

    *I (Robin J. RivA) told Greg Cover to Follow me to the exit oF the CAT·WALK. Greg Cover Followed me to AlMost the end, I (Robin J. RivA) turned Around And told Greg Cover that " IF He Touched-Me going PAss Me to the exit LAddAr" while my BAcK wAs turned to Him (Greg Cover), I would Throw Him oFF the CAT·WALK.
    * Greg Cover pAssed Behind Me And Did Not Touch Me At All!! He went down And left

July 71, 2021    Rob Riva  Rob RivA



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 661-0002
FAX (602) 640-5071
Website: www.eeoc.gov

Robin J. Riva
4732 Vista Del Rey Court
North Las Vegas, NV 89031

Subject: Dismissal of Charge
Charge Number: 540-2019-02868

Dear Robin Riva:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. After reviewing the information in the file including the information you submitted, the EEOC does not believe that additional investigation would result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretation of the available evidence and the laws we enforce. This letter and the enclosed documents will dismiss your case and no further action will be taken by the EEOC.

Enclosed is your Dismissal and Notice of Right to Sue. The Dismissal and Notice will explain your right to pursue the matter in court. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within *90-days from the date that delivery of the Notice was attempted at your last known address of record or 90 days of receipt of the Notice, whichever is earlier. If you do not file a lawsuit within the required 90-day period, your right to file a lawsuit in this matter will expire and cannot be restored by EEOC.*

If you have any questions, please feel free to contact me at (602) 661-0015.

Sincerely,

*[signature]* , for

03/09/2021

Date

Jeremy Yubeta
Supervisory Investigator

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Robin J. Riva
4732 Vista Del Rey Court
North Las Vegas, NV 89031

From: Phoenix District Office
3300 North Central Ave
Suite 690
Phoenix, AZ 85012

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2019-02868 | Jeremy Yubeta, Enforcement Supervisor | (602) 661-0015 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Elizabeth Cadle,
District Director

03/09/2021

(Date Issued)

Enclosures(s)

cc: Christine Hollmeyer
HR Director
SOUTHLAND INDUSTRIES/Envise/TCM
33225 Western Ave.
Union City, CA 94587

Eric B. Johnson
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   Robin J. Riva
      4732 Vista Del Rey Court
      North Las Vegas, NV 89031

From:  Phoenix District Office
       3300 North Central Ave
       Suite 690
       Phoenix, AZ 85012

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 487-2019-02081 | Jeremy Yubeta, Enforcement Supervisor | (602) 661-0015 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit.  This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]  Other (briefly state)       **No employer employee relationship.**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____          03/03/2021
**Elizabeth Cadle,**                      *(Date Issued)*
**District Director**

Enclosures(s)

cc:
Lei Hart - Legal Rep.
INTEL CORPORATION
2200 Mission College Blvd.
RNB4-126
Santa Clara, CA 95054

Kyle Mabe
Littler Mendelson P.C.
2425 E. Camelback Road
Suite 900
Phoenix, AZ 85016

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 487-2019-02081 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Robin J. Riva | (702) 985-8317 | 1961 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4732 Vista Del Rey Court, North Las Vegas, NV 89031 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| INTEL OCOTILLO CAMPUS | 15 - 100 | (408) 765-8080 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4500 South Dobson Road, Ms Oc8207, Chandler, AZ 85248 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-12-2019   Latest: 03-13-2019

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about February 26, 2019, I was hired by Southland Industries as a Pipe Fitter and was contracted out to Intel Ocotillo Campus. My last job title was Pipe Fitter. On or about March 12, 2019, I was sexually harassed by co-worker Greg Cover. For example, but not limited to, Mr. Cover getting behind me, pressing his body and penis on my right thigh; grabbing the railing of the stairs I was standing and forcing his body on me, pressing my ribs against the railing so tight I found it hard to breath. Mr. Cover grabbed and pumped his penis on other Apprentices and Foreman's butts, grabbed their faces and put them in his groin in my presence. I informed Mr. Cover I did not play around like that, instead he proceeded to sexually harass me and said, we are going to finish where we left off yesterday. I informed Southland Industries and Intel Ocotillo Safety office of the hostile work environment. On or about March 13, 2019 I defended myself to stop another sexual harassment act by Mr. Cover, Mr. Cover reported incident as a physical assault complaint against me. I informed Southland Industries and Intel Ocotillo Campus of the sexual harassment; subsequently, I was discharged on or about March 13, 2019.

I believe I was discriminated against because of my sex, male, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe a class of individuals were discriminated against because of their sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 9-21-2019 *Robin J. Riva* <br> Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>540-2019-02868 |
|---|---|---|

Arizona Attorney General's Office, Civil Rights Division _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Robin J Riva | Home Phone<br><br>(702) 985-8317 | Year of Birth<br><br>1961 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 4732 Vista Del Rey Court, NORTH LAS VEGAS, NV 89031 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br><br>SOUTHLAND INDUSTRIES | No. Employees, Members<br><br>501+ | Phone No.<br><br>(480) 423-4444 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 1500 N. Priest Drive, suite 114, TEMPE, AZ 85281 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-12-2019  Latest: 03-13-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about February 26, 2019, I was hired by Southland Industries as a Pipe Fitter and was contracted out to Intel Ocotillo Campus. My last job title was Pipe Fitter. On or about March 12, 2019, I was sexually harassed by co-worker Greg Cover. For example, but not limited to, Mr. Cover getting behind me, pressing his body and penis on my right thigh; grabbing the railing of the stairs I was standing and forcing his body on me, pressing my ribs against the railing so tight I found it hard to breath. Mr. Cover grabbed and pumped his penis on other Apprentices and Foremans butts, grabbed their faces and put them in his groin in my presence. I informed Mr. Cover I did not play around like that, instead he proceeded to sexually harass me and said, we are going to finish where we left off yesterday. I informed Southland Industries and Intel Ocotillo Safety office of the hostile work environment. On or about March 13, 2019 I defended myself to stop another sexual harassment act by Mr. Cover, Mr. Cover reported incident as a physical assault complaint against me. I informed Southland Industries and Intel Ocotillo Campus of the sexual harassment; subsequently, I was discharged on or about March 13, 2019.

I believe I was discriminated against because of my sex, male, and retaliated against for engaging in

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Robin Riva on 09-17-2019 11:06 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**540-2019-02868** |
|---|---|---|

Arizona Attorney General's Office, Civil Rights Division _____ and EEOC

*State or local Agency, if any*

protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe a class of individuals were discriminated against because of their sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Robin Riva on 09-17-2019 11:06 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |