**QUARLES & BRADY LLP**
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone 602.229.5200

Eric B. Johnson
  Eric.johnson@quarles.com
Cale S. Johnson
  Cale.johnson@quarles.com

Attorneys for Defendant
Southland Industries, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin James Riva,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Southland Industries, Inc.,<br><br>　　　　　Defendant. | No. 21-cv-00947-PHX-GMS<br><br>**NOTICE OF SETTLEMENT** |

Defendant, Southland Industries, Inc., hereby gives notice that the parties have reached a settlement that resolves all claims of this case. The parties are finalizing the terms of a settlement agreement and expect to file a stipulation to dismiss the case with prejudice in the next thirty (30) days.

RESPECTFULLY SUBMITTED this 12th day of April 2022.

　　　　　　　　　　　　　　　　QUARLES & BRADY LLP
　　　　　　　　　　　　　　　　Renaissance One
　　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　　Phoenix, AZ  85004-2391


　　　　　　　　　　　　　By   */s/ Eric B. Johnson*
　　　　　　　　　　　　　　　　Eric B. Johnson
　　　　　　　　　　　　　　　　Cale Johnson
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Southland Industries, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of April 2022, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's Office using the CM/ECF system for filing and electronic service to the following:

Robin James Riva - RobR4me@gmail.com
4732 Vista Del Rey Court
North Las Vegas, Nevada 89031
*Plaintiff, Pro Se*

*/s/ Dawn McCombs*

QB\73426435.1