# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin James Riva,<br><br>               Plaintiff,<br><br>v.<br><br>Southland Industries, Inc.,<br><br>               Defendant. | Case No. 2:21-cv-00947-PHX-GMS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause appearing:

**IT IS HEREBY ORDERED:**

A. The Stipulation is granted and this case is dismissed, with prejudice; and

B. Each party shall bear their own attorneys' fees and costs.

DATED this _____ day of _____, 2022.

_____