# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin James Riva, | No. CV-21-00947-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Southland Industries, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Strike Docket Entry 31 (Doc. 34). The parties are requesting the document be stricken and removed from the Court's record.

Once a document is filed, it may not be removed.

**IT IS HEREBY ORDERED** granting in part the parties' Stipulation (Doc. 34).

**IT IS FURTHER ORDERED** striking Docket Entry 31.

**IT IS FURTHER ORDERED** directing the Clerk's Office to seal Docket Entry 31 once it has been stricken.

Dated this 29th day of April, 2022.

_____
G. Murray Snow
Chief United States District Judge