# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin James Riva,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Southland Industries Incorporated,<br><br>　　　　Defendant. | No. CV-21-00947-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 35). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 35).

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party shall bear their own attorneys' fees and costs.

Dated this 29th day of April, 2022.

_____
G. Murray Snow
Chief United States District Judge